B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **World Wide Stone Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **33-0297934** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **15275 N 83rd Pl** **Scottsdale, AZ** ZIP Code **85260** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**World Wide Stone Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**World Wide Stone Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Christopher C. Simpson**
Signature of Attorney for Debtor(s)

**Christopher C. Simpson 018626**
Printed Name of Attorney for Debtor(s)

**Stinson Morrison Hecker LLP**
Firm Name

**1850 N. Central Ave.**
**Suite 2100**
**Phoenix, AZ 85004-4584**
Address

**602-279-1600  Fax: 602-240-6925**
Telephone Number

**December 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Spencer Cunningham**
Signature of Authorized Individual

**Spencer Cunningham**
Printed Name of Authorized Individual

**Vice-president**
Title of Authorized Individual

**December 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# CERTIFICATE OF RESOLUTIONS ADOPTED BY
# DIRECTORS OF WORLD WIDE STONE CORPORATION.

The undersigned, being the duly elected and acting Directors of World Wide Stone Corporation, a Nevada corporation (the "Company"), does hereby certify that the following resolutions are true, correct and complete copies of resolutions of the board of directors (the "Directors") duly adopted, and such resolutions have not been amended, modified or rescinded and remain in full force and effect as of the date hereof:

RESOLVED that in the judgment of the Directors it is desirable and in the best interests of the Company, its creditors and other interested parties, that a petition be filed by the Company seeking relief under the provisions of title 11 chapter 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that Spencer W. Cunningham, duly appointed and acting Vice-President of the Company, be, and hereby is, appointed by the Directors as the authorized signatory for the bankruptcy case (hereinafter, the "Authorized Signatory"); and it is further

RESOLVED that Authorized Signatory, be, and hereby is, authorized, empowered and appointed by the Directors to file the bankruptcy case under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the corporation employ Stinson Morrison Hecker, LLP, to represent the corporation in connection with the Chapter 11 proceeding authorized herein; and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona in such form and at such time as the Authorized Signatory executing said petition on behalf of the Company shall determine; and it is further

RESOLVED that the Authorized Signatory, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the bankruptcy case contemplated hereby, with a view to the successful prosecution of such case; including, without limitation, to direct the actions of legal counsel in connection with the bankruptcy case contemplated hereby, and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver to cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such

fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that all actions previously taken by the Authorized Signatory in connection with the Bankruptcy filing, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by the Authorized Signatory to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the bankruptcy case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate this 17th day of December, 2010.

_____
Franklin E. Cunningham, Director

_____
Spencer W. Cunningham, Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **World Wide Stone Corporation**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Tenax USA LLC**<br>**1408 Center Park Dr**<br>**Charlotte, NC 28217** | **Tenax USA LLC**<br>**1408 Center Park Dr**<br>**Charlotte, NC 28217** | **Mexico factory supplies** | | **49,127.50** |
| **Barry & Moore PC**<br>**2198 E Camelback Rd #370**<br>**Phoenix, AZ 85016-4742** | **Barry & Moore PC**<br>**2198 E Camelback Rd #370**<br>**Phoenix, AZ 85016-4742** | **Accounting services** | | **25,000.00** |
| **L-2 Trucking**<br>**PO Box 732**<br>**Duncan, AZ 85534** | **L-2 Trucking**<br>**PO Box 732**<br>**Duncan, AZ 85534** | **Freight** | | **15,150.00** |
| **Lovitt & Touche**<br>**PO Box 32702**<br>**Tucson, AZ 85751-2702** | **Lovitt & Touche**<br>**PO Box 32702**<br>**Tucson, AZ 85751-2702** | **General life and property insurance for period ending 5/31/11** | | **7,826.00** |
| **CIA Transmaritima SA DE CV**<br>**Humberto Junco Voight #2307**<br>**torres Martel 1, Nivel 1-102**<br>**San Pedro Garza Garcia NL** | **CIA Transmaritima SA DE CV**<br>**Humberto Junco Voight #2307**<br>**torres Martel 1, Nivel 1-102**<br>**San Pedro Garza Garcia NL** | **Freight** | | **4,685.00** |
| **Intrade Consultants Inc**<br>**7101 Chino Dr**<br>**El Paso, TX 79915** | **Intrade Consultants Inc**<br>**7101 Chino Dr**<br>**El Paso, TX 79915** | **Freight** | | **4,600.17** |
| **Office Equipment Finance Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | **Office Equipment Finance Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | **Lease of two office copiers expires 6/11** | | **4,515.58** |
| **BNP**<br>**PO Box 2600**<br>**Troy, MI 48007-2600** | **BNP**<br>**PO Box 2600**<br>**Troy, MI 48007-2600** | **Advertising** | | **3,441.00** |
| **Host Wise**<br>**4738 N 63rd Ave**<br>**Phoenix, AZ 85033** | **Host Wise**<br>**4738 N 63rd Ave**<br>**Phoenix, AZ 85033** | **Internet service and computer support lease** | | **2,777.82** |
| **Quarries Direct International LLC**<br>**2633 N 24th Dr**<br>**Phoenix, AZ 85003** | **Quarries Direct International LLC**<br>**2633 N 24th Dr**<br>**Phoenix, AZ 85003** | **Freight** | | **2,746.49** |

In re **World Wide Stone Corporation** Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coverings<br>Internationl Tile Exposition<br>PO Box 409699<br>Atlanta, GA 30384-9699 | Coverings<br>Internationl Tile Exposition<br>PO Box 409699<br>Atlanta, GA 30384-9699 | 2011 trade show deposit | | 2,600.00 |
| Melton Truck Lines Inc<br>PO Box 268946<br>Oklahoma City, OK 73126-8946 | Melton Truck Lines Inc<br>PO Box 268946<br>Oklahoma City, OK 73126-8946 | Freight | | 2,465.00 |
| Broadband Dynamics<br>8757 E Via de Commercio 1st Fl<br>Scottsdale, AZ 85258 | Broadband Dynamics<br>8757 E Via de Commercio 1st Fl<br>Scottsdale, AZ 85258 | Telephone service lease expires 5/13. | | 2,356.19 |
| Bengal Building Corp<br>PO Box 1841<br>Sunland Park, NM 88063 | Bengal Building Corp<br>PO Box 1841<br>Sunland Park, NM 88063 | New Mexico warehouse rental | | 2,212.00 |
| Fleetwood Logistics Inc<br>PO box 430<br>Diboll, TX 75941 | Fleetwood Logistics Inc<br>PO box 430<br>Diboll, TX 75941 | Freight | | 2,030.00 |
| DHE<br>PO Box 58047<br>Los Angeles, CA 90058-0047 | DHE<br>PO Box 58047<br>Los Angeles, CA 90058-0047 | Freight | | 1,990.06 |
| Saia Motor Freight Lines Inc<br>PO Box 730532<br>Dallas, TX 75373-0532 | Saia Motor Freight Lines Inc<br>PO Box 730532<br>Dallas, TX 75373-0532 | Freight | | 1,853.21 |
| Inter-tel Leasing Inc<br>PO Box 97629<br>Dallas, TX 75397 | Inter-tel Leasing Inc<br>PO Box 97629<br>Dallas, TX 75397 | Phone hardware lease expires 6/12 | | 1,622.49 |
| Home & Design Idea Center<br>3101 N Central Ave #1070<br>Phoenix, AZ 85012 | Home & Design Idea Center<br>3101 N Central Ave #1070<br>Phoenix, AZ 85012 | Sales office lease expires 9/11 | | 1,428.80 |
| FedEx National LTL<br>PO Box 95001<br>Lakeland, FL 33804-5001 | FedEx National LTL<br>PO Box 95001<br>Lakeland, FL 33804-5001 | Freight | | 991.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice-president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 28, 2010** Signature **/s/ Spencer Cunningham**
**Spencer Cunningham**
**Vice-president**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Arizona**

In re  **World Wide Stone Corporation**                    Case No.
                                    Debtor(s)              Chapter  **11**

# DECLARATION

I, the Vice-president of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __6__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:  **December 28, 2010**           **/s/ Spencer Cunningham**
                                       **Spencer Cunningham/Vice-president**
                                       Signer/Title

Date:  **December 28, 2010**           **/s/ Christopher C. Simpson**
                                       Signature of Attorney
                                       **Christopher C. Simpson 018626**
                                       **Stinson Morrison Hecker LLP**
                                       **1850 N. Central Ave.**
                                       **Suite 2100**
                                       **Phoenix, AZ 85004-4584**
                                       **602-279-1600   Fax: 602-240-6925**

MML-5

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

World Wide Stone Corporation -

ACORN GAS COMPANY
908 S 27TH AVE
PHOENIX AZ 85009


ALLRED, JOEL
3033 E BLUEBIRD PL
CHANDLER AZ 85286


AMERICAN EXHIBITION SERVICES LLC
PO BOX 95
BIRMINGHAM AL 35201


BARRY & MOORE PC
2198 E CAMELBACK RD #370
PHOENIX AZ 85016-4742


BENGAL BUILDING CORP
PO BOX 1841
SUNLAND PARK NM 88063


BNP
PO BOX 2600
TROY MI 48007-2600


BROADBAND DYNAMICS
8757 E VIA DE COMMERCIO 1ST FL
SCOTTSDALE AZ 85258


CANYON STATE COURIER
PO BOX 20866
PHOENIX AZ 85036-0866


CARR, PETER
1602 N 159TH DR
SURPRISE AZ 85374


CAVALE, VINCE
2632 E VALENCIA DR
PHOENIX AZ 85042


CIA TRANSMARITIMA SA DE CV
HUMBERTO JUNCO VOIGHT #2307
TORRES MARTEL 1, NIVEL 1-102
SAN PEDRO GARZA GARCIA NL

World Wide Stone Corporation -

COMMUNITY PEST CONTROL
C/O JOHN WEILER
1003 W ROSEMONTE DR
PHOENIX AZ 85027


COVERINGS
INTERNATIONL TILE EXPOSITION
PO BOX 409699
ATLANTA GA 30384-9699


CUNNINGHAM, FRANK
6102 E CAMPO BELLO DR
SCOTTSDALE AZ 85254


CUNNINGHAM, SPENCER
10369 E STAR OF THE DESERT DR
SCOTTSDALE AZ 85255


DHE
PO BOX 58047
LOS ANGELES CA 90058-0047


EXPERIAN
DEPT 6133
LOS ANGELES CA 90088-6133


FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE IL 60055-0306


FEDEX NATIONAL LTL
PO BOX 95001
LAKELAND FL 33804-5001


FIRST FIDELITY BANK
16277 N GREENWAY-HAYDEN LP
SCOTTSDALE AZ 85260


FLEETWOOD LOGISTICS INC
PO BOX 430
DIBOLL TX 75941

World Wide Stone Corporation -

GERTH, DAVID
19820 N 13TH AVE #253
PHOENIX AZ 85027


GUARDIAN LIFE INSURANCE CO
PO BOX 95101
CHICAGO IL 60694-5101


HOME & DESIGN IDEA CENTER
3101 N CENTRAL AVE #1070
PHOENIX AZ 85012


HOST WISE
4738 N 63RD AVE
PHOENIX AZ 85033


HRBICEK, SARAH
9603 W RENO VIEW DR
PEORIA AZ 85345


INTER-TEL LEASING INC
PO BOX 97629
DALLAS TX 75397


INTERNET TRUCKSTOP
PO BOX 99
NEW PLYMOUTH ID 83655


INTRADE CONSULTANTS INC
7101 CHINO DR
EL PASO TX 79915


K & J VIGNETTE DETAILING
7598 ROSE GARDEN LN
SCOTTSDALE AZ 85255


L-2 TRUCKING
PO BOX 732
DUNCAN AZ 85534


LOVITT & TOUCHE
PO BOX 32702
TUCSON AZ 85751-2702

World Wide Stone Corporation -


MARTINET, BILL
806 ELSA CT
SANTA TERESA NM 88008


MARTINEZ, CHRIS
17031 N 11TH AVE #3049
PHOENIX AZ 85023


MATUS, JOAQUIN
921 W YALE DR
TEMPE AZ 85283


MCGINLEY, JOHN
7625 E CAMELBACK RD
SCOTTSDALE AZ 85251


MCGINLEY, RICK
3037 N 81ST PL
SCOTTSDALE AZ 85251


MELTON TRUCK LINES INC
PO BOX 268946
OKLAHOMA CITY OK 73126-8946


NEW MEXICO GAS CO
PO BOX 173341
DENVER CO 80217-3341


OFFICE EQUIPMENT FINANCE SERVICES
PO BOX 790448
SAINT LOUIS MO 63179-0448


PARKER, LARRY
10665 N 129TH ST
SCOTTSDALE AZ 85259


POPE, ADAM
4757 W SANNA ST
GLENDALE AZ 85302


PREMIER FACILITY MAINTENANCE LLC
PO BOX 13834
SCOTTSDALE AZ 85267

World Wide Stone Corporation -


QUARRIES DIRECT INTERNATIONAL LLC
2633 N 24TH DR
PHOENIX AZ 85003


QWEST
PO BOX 29039
PHOENIX AZ 85038-9039


QWEST IDSL
PO BOX 29039
PHOENIX AZ 85038-9039


QWESTDEX
PO BOX 79167
PHOENIX AZ 85062-9167


SAIA MOTOR FREIGHT LINES INC
PO BOX 730532
DALLAS TX 75373-0532


SHARP BUSINESS SYSTEMS
DEPT 1205
PO BOX 121205
DALLAS TX 75312-1205


SOUTHWESTERN WIRELESS
1206 E COLLEGE
PO BOX 2528
ROSWELL NM 88201


SPARKLETTS
PO BOX 660579
DALLAS TX 75266-0579


STANDARD COFFE SERVICE CO
PO BOX 33002
PHOENIX AZ 85067-3002


STAPLES BUSINESS ADVANTAGE
DEPT LA
PO BOX 83689
CHICAGO IL 60696-3689

World Wide Stone Corporation -


STATILE, JOE
5727 W NOVAK WY
LAVEEN AZ 85339


TENAX USA LLC
1408 CENTER PARK DR
CHARLOTTE NC 28217


TYNDALL, SHANNON
3809 W BETTY ELYSE
PHOENIX AZ 85053


UNITED PARCEL SERVICE
PO BOX 894820
LOS ANGELES CA 90189-4820


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108


WASTE MANAGEMENT OF PHOENIX
COMMERCIAL DIV
PO BOX 66963
CHICAGO IL 60666-0963


WILLIAMS, KRISTEN
1312 W TONOPAH DR
PHOENIX AZ 85027


XO COMMUNICATIONS
FILE 50550
LOS ANGELES CA 90074-0550