Christopher C. Simpson (#018626)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
csimpson@stinson.com
Attorneys for World Wide Stone Corporation

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>WORLD WIDE STONE CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-bk-41158-SSC<br><br>**MOTION TO DISMISS CASE**<br><br><br>**Hearing Date:** None set<br>**Hearing Time:**<br>**Location:** **Courtroom #701**<br>**230 N First Ave**<br>**Phoenix AZ 85003** |

World Wide Stone Corporation ("WWSC"), Debtor and Debtor-in-Possession, through counsel, hereby requests entry of an Order dismissing the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 1112(b)(1) and Local R. Bankr. P. 9013-1. This Motion is supported by the record before the Court and the following Memorandum of Points and Authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

I.  **Factual Background**

1.  On December 28, 2010 (the "Petition Date"), WWSC filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.  WWSC has been operating its business as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

3.  The filing of the bankruptcy was largely precipitated by WWSC's inability to resolve disputes with its major secured creditor, First Fidelity Bank, N. A. ("FFB").

4. WWSC and FFB resolved their disputes and WWSC filed its Motion for Settlement and Compromise on March 15, 2011 (the "Settlement") (Docket. # 59).

5. Following notice and a hearing held on March 22, 2011, this Court entered its Order approving the Settlement between WWSC and FFB on March 28, 2011 (Docket # 69).

6. Under the Settlement, WWSC and FFB agreed to dismissal of this Bankruptcy Case.

7. Any remaining issues WWSC has with its creditors will be best resolved outside of Chapter 11.

8. WWSC has paid the initial quarterly fees to the United States Trustee's Office in the amount of Three Hundred and Twenty Five Dollars ($325.00).

II. **Legal Argument**

Pursuant to 11 U.S.C. § 1112(b), on the request of a party in interest and after notice and a hearing, the Court "shall convert a case under the chapter to a case under chapter 7 of this title or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, if the movant establishes cause." Section 1112(b)(4) sets forth a non-exclusive list of examples for what constitutes "cause" justifying dismissal or conversion under subsection (b)(1). A court, however, may dismiss a case for reasons other than those enumerated. *See In re St. Paul Self Storage Ltd. P'ship,* 185 B.R. 580, 582 (B.A.P. 9th Cir. 1995). Furthermore, a debtor's own motion to dismiss a Chapter 11 bankruptcy case should ordinarily be granted unless some "plain legal prejudice" will result to creditors. *In re Kimble*, 96 B.R. 305, 308 (Bankr.D.Mont. 1988) (chapter 11 debtor's motion to dismiss approved where no prejudice to creditors).

"Cause" exists for dismissal of this case. WWSC has resolved its issues with FFB, which ultimately led to the filing of this case. WWSC has discussed dismissal with other creditors, which have indicated that they fully support dismissal. Remaining in bankruptcy is unwarranted and would have the adverse effect of increasing administrative costs, thereby decreasing the prospects for continuing to operate as a going concern.

Moreover, WWSC does not believe that any of its creditors would be prejudiced by dismissal. Aside from FFB, no other creditor has made a significant appearance in this case. WWSC has

carefully considered its options for exiting Chapter 11, and believes that dismissal is the best alternative. WWSC has not yet filed a Chapter 11 plan and believes that the time and expense required to try and confirm the plan will obfuscate any benefits of confirmation. WWSC submits that its creditors are not prejudiced by dismissal, and that in fact, dismissal is in their best interest since it prevents further bankruptcy related expenses and gives WWSC the opportunity to return to normal operations.

III. **Conclusion**

WWSC believes it is in the best interests of the estate and its creditors that the case be dismissed, that dismissal of this case will not prejudice any creditor, and that cause exists to dismiss the bankruptcy case.

WHEREFORE, WWSC requests entry of an Order dismissing the above-captioned bankruptcy case and for such other relief as is just in the circumstances.

RESPECTFULLY SUBMITTED this April 6, 2011.

**STINSON MORRISON HECKER LLP**

By: /s/ Christopher C. Simpson (#018626)
Christopher C. Simpson
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

COPY of the foregoing sent this April 6, 2011, to:

Office of the U.S. Trustee
230 N First Ave #204
Phoenix AZ 85003-1706
USTPRegion14.PX.ECF@USDOJ.GOV

Sean P. O'Brien
Gust Rosenfeld, PLC
One E. Washington St., #1600
Phoenix, AZ 85004-2553
spobrien@gustlaw.com
Attorneys for First Fidelity Bank

| | |
|---|---|
| 1 | Tenax USA LLC |
| | 1408 Center Park Dr |
| 2 | Charlotte NC  28217 |
| 3 | Barry & Moore PC |
| | 2198 E Camelback Rd #370 |
| 4 | Phoenix AZ  85016-4742 |
| 5 | L-2 Trucking |
| | PO Box 732 |
| 6 | Duncan AZ  85534 |
| 7 | Lovitt & Touche |
| | PO Box 32702 |
| 8 | Tucson AZ  8 5751-2702 |
| 9 | CIA Transmaritima SA DE CV |
| | Humberto Junco Voight #2307 |
| | Torres Martel 1, Nivel 1-102 |
| 10 | San Pedro Garza Garcia NL |
| 11 | Intrade Consultants |
| | 7101 Chino Dr |
| 12 | El Paso TX  79915 |
| 13 | Office Equipment Finance Services |
| | PO Box 790448 |
| 14 | St Louis MO  63179-0448 |
| 15 | BNP |
| | PO Box 2600 |
| 16 | Troy MI  48007-2600 |
| 17 | Host Wise |
| | 4738 N 63rd Ave |
| 18 | Phoenix AZ  85033 |
| 19 | Quarries Direct International LLC |
| | 2633 N 24th Dr |
| 20 | Phoenix AZ 85003 |
| 21 | Coverings |
| | International Tile Exposition |
| 22 | PO box 409699 |
| | Atlanta GA  30384-9699 |
| 23 | Melton Truck Lines Inc |
| | PO Box 268946 |
| 24 | Oklahoma City OK  73126-8946 |
| 25 | Broadband Dynamics |
| | 8757 E Via de Commercio 1st Fl |
| 26 | Scottsdale AZ  85258 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Bengal Building Corp<br>PO Box 1841<br>Sunland Park NM  88063 |
| 2 | |
| 3 | Fleetwood Logistics Inc<br>PO Box 430<br>Diboll TX  75941 |
| 4 | |
| 5 | DHE<br>PO Box 58047<br>Los Angeles CA  90058-0047 |
| 6 | |
| 7 | Saia Motor Freight Lines Inc<br>PO Box 730532<br>Dallas TX  75373-0532 |
| 8 | |
| 9 | Inter-tel Leasing Inc<br>PO Box 97629<br>Dallas TX  75397 |
| 10 | |
| 11 | Home & Design Idea Center<br>3101 N Central Ave #1070<br>Phoenix AZ  85012 |
| 12 | |
| 13 | FedEx National LTL<br>PO Box 95001<br>Lakeland FL  33804-5001 |
| 14 | |
| 15 | /s/ Anne Charles |